**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QIU MINZHEN, | Case No. CV 26-6553 FMO (RAO) |
| Petitioner, | |
| v. | **ORDER RE: FURTHER PROCEEDINGS** |
| TODD BLANCHE, et al., | |
| Respondents. | |

The court is in receipt of petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 (Dkt. 2, "Petition"), and Ex Parte Application for Temporary Restraining Order (Dkt. 1, "TRO Application"). To facilitate prompt resolution of this action, IT IS ORDERED THAT:

1. This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07. The parties shall comply with the expedited briefing schedule set forth in General Order 26-05.

2. Petitioner's TRO Application **(Document No. 1)** is **denied as moot**, pursuant to ¶ 4 of this Order set forth below.

3. Each party may file objections to the findings and recommendations made by the Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Given the nature of the relief sought in the Petition, the court finds that a shortened objection period is warranted here. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (holding that a district

court may shorten the time for filing objections where exigencies existed).  Accordingly, any objections to the Magistrate Judge's findings and recommendations must be filed within **three (3) calendar days** of the filing date of the Report and Recommendation.  Unless otherwise ordered, by this court or the Magistrate Judge, untimely objections will not be considered.

4.  Petitioner shall not be removed from the Central District of California pending further order of the court.  Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

Dated this 25th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge