JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

QIU MINZHEN,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. CV 26-6553 FMO (RAO)

**JUDGMENT**

Pursuant to the Order Re: Findings and Recommendations of the Magistrate Judge, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall release petitioner Qiu Minzhen (A# 077-131-103) forthwith under reasonable conditions of supervision provided under 8 U.S.C. § 1231(a)(3), and with all personal effects seized from petitioner, including all identification documents and immigration documentation.

2. Respondents shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

3. Respondents shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no

combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

4. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

5. The above-captioned action is dismissed without prejudice.

Dated this 3rd day of November, 2026.

/s/

Fernando M. Olguin
United States District Judge